IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| HARIDAS PACHUVEETIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-2059 (RDA/IDD) |

**ORDER**

This matter comes before the Court on Plaintiff Haridas Pachuveetil's ("Plaintiff") Notice of Voluntary Dismissal. Dkt. 6. Plaintiff reports that the action should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) because the immigration application underlying the Complaint has been approved and the relief sought in this action has been obtained.[1] Accordingly, it is hereby

ORDERED that the action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to forward copies of this Order to *pro se* Plaintiffs and to place this matter among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
January 13, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge

---

[1] Both Plaintiff and his wife signed the Complaint and therefore asserted the causes of action in this case. Because Plaintiff reports that the relief sought has been obtained, the case is now moot regardless of whether Plaintiff's wife has signed the notice of voluntary dismissal. Accordingly, the entire case will be dismissed, and the case will be closed.